IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-608-MOC-DSC

| | |
|---|---|
| LAN N. VU, CHIEN G. NGUYEN, | ) |
| Plaintiffs, | ) |
| v. | ) MEMORANDUM AND ORDER |
| CITIMORTGAGE, DOES 1-100 INCLUSIVE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* upon the filing of Defendant Citimortgage, Inc.'s "Special Appearance and Motion To Dismiss," Doc. 5, on March 16, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiffs, who are proceeding *pro se*, that they have a right to respond to Defendant's Motion. The Court also advises Plaintiffs that failure to respond may result in Defendant being granted the relief it seeks, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiffs are allowed until April 2, 2012 to respond to Defendant Citimortgage, Inc.'s "Special Appearance and Motion To Dismiss," Doc. 5.

**SO ORDERED.**

Signed: March 16, 2012

David S. Cayer
United States Magistrate Judge