# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lan N. Vu; and Chien G. Nguyen,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                      3:11cv608

Citimortgage; Does 1-100 Inclusive,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2012 Order.

Signed: May 11, 2012

Frank G. Johns, Clerk
United States District Court